# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12cv378

| | |
|---|---|
| **DEANNA McGEORGE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **INGLES MARKETS,** ) | |
| **INCCORPORATED,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

Pending before the Court is the Plaintiff's Motion for Protective Order [# 14] and Motion for Discovery [# 18]. Plaintiff moves for the entry of a protective order and to compel Defendant to respond fully to her discovery requests. Plaintiff has now filed three discovery related motions in this Court. Upon a review of the pleadings in this case, the Court finds that Plaintiff has failed to confer in good faith with Defendant. Accordingly, the Court **DIRECTS** the parties as follows:

(1) The Court **GRANTS** the Motion for Protective Order [# 14] as Defendant does not oppose the entry of the proposed order. The Court **DIRECTS** Plaintiff to submit the proposed protective order within five (5) days of the entry of this Order to the Court via cyber clerk.

(2) The Court **DENIES without prejudice** the Motion for Discovery [# 18].

(3)  Prior to filing any further discovery motions in this case, the parties must hold a discovery conference either by telephone or in person and attempt to resolve the discovery dispute without the Court's intervention. Email communication or communication via written letters will not suffice.

(4)  The Court will not consider any further discovery motions in this case unless the moving party attaches to the motion an affidavit of counsel setting forth: (a) the date, time, and place of the discovery conference, as well as the names of each person participating in the conference; (b) the issues addressed at the discovery conference; and (c) the steps taken after the discovery conference to resolve the discovery dispute without Court intervention.

(5)  If after a review of the affidavit the Court finds that the moving party did not undertake a good faith effort to resolve the dispute and did not provide the opposing side a reasonable opportunity to resolve a discovery related issue prior to filing a motion, the Court will summarily deny the motion with prejudice.

Signed: May 21, 2013

Dennis L. Howell
United States Magistrate Judge