# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00378-MR-DLH

| | |
|---|---|
| DEANNA McGEORGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> INGLES MARKETS, INCORPORATED, ) <br> ) <br> Defendant. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court *sua sponte*.

On July 16, 2013, a mediator's report was filed, advising that this case has been completely settled. [Doc. 26]. By an Order entered July 19, 2013, the parties were directed to file a stipulation of dismissal within thirty days. [Text-Only Order entered July 19, 2013]. More than thirty days have passed, and the parties have yet to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal in this case within seven (7) days of the entry of this Order. **The Plaintiff is advised that failure to file a stipulation will result in the dismissal of this action.**

**IT IS SO ORDERED.**  Signed: August 28, 2013

Martin Reidinger
United States District Judge